IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PAUL J. ROBBINS and wife
PATSY F. ROBBINS                                                                    PLAINTIFFS

VERSUS                                                CIVIL ACTION NO. 1:05cv95WJG-JMR

COMPUTER SCIENCES CORPORATION;
SHAW ENVIRONMENTAL &
INFRASTRUCTURE, INC.; SHAW
INFRASTRUCTURE, INC.; UNITED STATES
OF AMERICA; ABC CORPORATIONS 1-3 and
JOHN DOES 1-5                                                                       DEFENDANTS

FINAL JUDGMENT

THIS CAUSE comes before the Court on motion of the Defendant, the United States of America [United States] to dismiss [146-1] pursuant to Rule 12(b) for the Federal Rules of Civil Procedure, or in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the motion of the United States to dismiss [146-1] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that the United States' motion in the alternative for summary judgment [146-1] be, and is hereby, denied as moot. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs in connection with these motions. It is further,

ORDERED AND ADJUDGED that this matter be dismissed on the Court's docket.

SO ORDERED AND ADJUDGED this the 11th day of April, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE